In the Court of Appeals for the District of Columbia Circuit

| | |
|---|---|
| George Dunbar Prewitt, Jr. | Appellant |
| v. | No. <u>25-5060</u> |
| Douglas Collins, et al | Appellees |

*Appellant's Certificate as to Parties, Rulings, and Related Cases*

All of the parties, with the exception of the appellee United States, are listed in the above caption.

/s/ George Dunbar Prewitt, Jr.
537 Dampier Drive
Greenville, MS 38701

Certificate of Service

I certify that, by filing the above document with the court's electronic case filing system, service of the above will be made on Michael Shih at michael.shih@usdoj.gov and on Joshua Marc Salzman at Joshua.m.salzman@usdoj.gov on April 9, 2025.

/s/ George Dunbar Prewitt, Jr.

Certificate as to Parties, Rulings, and Related Cases," which contains a separate paragraph or paragraphs, with the appropriate heading, corresponding to, and in the same order as, each of the subparagraphs below.
(A) Parties and Amici. The appellant or petitioner must furnish a list of all parties, intervenors, and amici who have appeared before the district court, and all persons who are parties, intervenors, or amici in

this court. An appellee or respondent, intervenor, or amicus may omit from its certificate those persons who were listed by the appellant or petitioner, but must state: "[Except for the following,] all parties, intervenors, and amici appearing [before the district court and] in this court are listed in the Brief for ." Any party or amicus curiae that is a corporation, association, joint venture, partnership, syndicate, or other similar entity must make the disclosure required by Circuit Rule 26.1.