# IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

GEORGE DUNBAR PREWITT, JR.,

Plaintiff-Appellant,

v.

DOUGLAS A. COLLINS, *et al.*,

Defendants-Appellees.

No. 25-5060

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Pursuant to D.C. Circuit Rule 28(a)(1), the undersigned counsel certifies as follows:

**A.  Parties and Amici**

Plaintiff is George Dunbar Prewitt, Jr.  Defendants are Douglas A. Collins, Secretary, U.S. Department of Veterans Affairs, and the United States of America.  There are no amici or intervenors.

**B.  Orders Under Review**

Appellant seeks review of the district court's order and memorandum opinion entered on January 7, 2025 (Dkt. Nos. 33, 34).

The rulings were issued by the Honorable Randolph D. Moss in Case No. 1:21-cv-2243.

### C. Related Cases

This case has not previously been before this Court. Counsel is not aware of any other related cases within the meaning of D.C. Circuit Rule 28(a)(1)(C).

Respectfully submitted,

*/s/ Michael Shih*
MICHAEL SHIH
Counsel for Appellees

APRIL 2025

2

# CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2025, I filed the foregoing certificate with the Clerk of the Court by using the appellate CM/ECF system. I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*/s/ Michael Shih*
MICHAEL SHIH
